UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW FRIEDMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HORIZON AIR INDUSTRIES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00150-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Considering the parties' Stipulated Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including February 19, 2021.

IT IS SO ORDERED.

DATED this 16th day of February, 2021.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

ORDER FOR STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
(CASE NO. 2:21-CV-00150-RSL) - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

*Presented by:*

Molly Gabel, WSBA 47023
SEYFARTH SHAW LLP
999 3rd Avenue, Suite 4700
Seattle, WA 98104
P: (206) 946-4909
F: (206) 299-6567
mgabel@seyfarth.com
Attorney for Defendant Horizon Air Industries, Inc.

*Approved as to form*:

Vera P. Fomina
Damien N. Villarreal
Clive Pontusson
Skidmore Fomina, PLLC
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
P: (206) 389-1690
vformina@skidmorefomina.com
dvillarreal@skidmorefomina.com
cpontusson@skidmorefomina.com
Attorneys for Plaintiff Matthew Friedman

ORDER FOR STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
(CASE NO. 2:21-CV-00150-RSL) - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910