1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

6

7   MATTHEW FRIEDMAN,

8            Plaintiff,

9       v.

10  HORIZON AIR INDUSTRIES, INC.,

11           Defendant.

Case No. 2-21-cv-00150-RSL

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

12

13      COME NOW the parties to this litigation, by and through their undersigned counsel of

14  record, and hereby stipulate and request that the Court enter an order dismissing Plaintiff's

15  Complaint in the above-captioned case with prejudice and without costs or fees to any party.

16      **STIPULATED** and **AGREED** this 12th day of May 2021

17  */s/ Vera Fomina*
    Vera P. Fomina, WSBA #49388
18  Skidmore & Fomina, PLLC
    14205 SE 36th Street, Suite 100
19  Bellevue, WA  98006
    vfomina@skidmorefomina.com
20  *Attorney for Plaintiff*

21
    */s/ Molly Gabel*
22  Molly Gabel, WSBA#47023
    Seyfarth Shaw LLP
23  999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
24  206-946-4910
    206-946-4901 (facsimile)
25  mgabel@seyfarth.com
    *Attorney for Defendant*
26

STIPULATION AND REQUEST FOR ORDER OF
DISMISSAL WITH PREJUDICE - 1

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that Plaintiff's Complaint in this matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED**

Dated this 13th day of May, 2021.

*[signature]*

Robert S. Lasnik
United States District Judge

/s/ Vera Fomina
Vera P. Fomina, WSBA #49388
vfomina@skidmorefomina.com
*Attorney for Plaintiff*


*Approved as to form and content; Notice of presentation waived*

/s/ Molly Gabel
Molly Gabel, WSBA #47023
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
mgabel@seyfarth.com
*Attorney for Defendant*

STIPULATION AND REQUEST FOR ORDER OF
DISMISSAL WITH PREJUDICE - 2

SKIDMORE | FOMINA, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006